LYON v. IVES.

SALES—FRAUD—RESCISSION.

This case, involving the right of a purchaser of goods to rescind the contract for fraud, follows the case of *Lyon* v. *Lindblad,* 145 Mich. 588, presenting similar facts.

Error to Berrien; Coolidge, J. Submitted February 13, 1907. (Docket No. 136.) Decided May 18, 1907.

Assumpsit by Louis E. Lyon and Milbert F. Price, copartners as the Lyon-Taylor Company, against Edwin B. Ives for goods sold and delivered. There was judgment for defendant, and plaintiffs bring error. Affirmed.

*Charles E. White,* for appellants.

*N. H. Bacon,* for appellee.

CARPENTER, J. Plaintiffs ask us to reverse a judgment rendered in favor of defendant in the circuit court. We think it quite sufficient to say that the propositions of law upon which they rely were decided adversely to them in the case they brought—a case very similar to the one at bar—against Peter J. Lindblad, reported as *Lyon* v. *Lindblad,* 145 Mich. 588.

Judgment affirmed.

McALVAY, C. J., and GRANT, BLAIR, and MONTGOMERY, JJ., concurred.